UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

EDWARD J. PADEN,

**Plaintiff,**

v.                                              Civil No. 07-143-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

**Defendant.**

# JUDGMENT

The Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for calculation and award of benefits consistent with this Court's opinion of February 26, 2008.

Dated: March   2  , 2008.

　　　　　　　　　　　　　　　　/s/ Ann Aiken
　　　　　　　　　　　　　　**United States District Judge**

**JUDGMENT**　　　　　　　　　　　　　**DOCUMENT NO:** _____